FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Mr. Michcal A. Bright #529289
GDCP P.O. Box 3877
Jackson, Georgia 30233

CV415-145

(Enter above full name of plaintiff or plaintiffs)

v.

Corezon Health Corporation, At el
103 Powell Court
Brentwood, TN 37027

(Enter above full name of defendant or defendants)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ____   No ✔

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiffs: _N/A_____

   Defendants: _____

2. Court (if federal court, name the district; if state court, name the county):

   _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____N/A_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____ No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: _____

Defendants: _____



2. Court (name the district): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

7. Approximate date of disposition N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? N/A Yes ____ No ____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ____ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

N/A

II. Place of present confinement: GDCP, P.O. Box 3877, Jackson, GA, 30233

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ____ No ✓

C. If your answer to B is yes:

1. What steps did you take? 

N/A

2. What was the result?
3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?  Yes ___ No ___

   N/A

   If yes, what was the result? N/A

D. If you did not utilize the prison grievance procedure, explain why not: THIS INCIDENT DIDN'T OCCUR AT JACKSON, BUT AT THE CHATHAM COUNTY JAIL, 1050 CARL GRIFFIN DR, SAVANNAH, GA. 31405 ON MAY 2, 2013

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: MR. MICHEAL A. BRIGHT #529289
   Address: GDCP P.O. Box 3877
   JACKSON, GA. 30233

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: CORIZON HEALTH CORPORATION, AT EL
   Position:
   Place of employment:
   Current address: 103 POWELL COURT
   BRENTWOOD, TN. 37027

C. Additional defendants: (1) WOODROW A. MYERS, JR., MD, MBA, CEO (2) SCOTT A. BOWEN, PRESIDENT & CHIEF OPERATING OFFICER, (3) CALVIN L. JOHNSON, M.D., M.P.H., CHIEF MEDICAL OFFICER, (4) JEFF SHOLEY, INTERIM CHIEF FINANCIAL OFFICER (5) J. SCOTT KING, J.D., E.V.P. + CHIEF LEGAL OFFICER, (6) DENNIS WADE, E.V.P. + CHIEF HUMAN RESOURCE OFFICER, (7) JONATHAN WALKER, E.V.P. + CHIEF DEVELOPMENT OFFICER, (8) NURSE SIMMONS, CHATHAM COUNTY JAIL, 1050 CARL GRIFFIN DR., SAVANNAH, GA. 31405

IV.  Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON MAY 2, 2013, WHILE INCARCERATED AT THE CHATHAM COUNTY JAIL, I WAS GIVEN MEDICATION BY A NURSE EMPLOYEE OF CORIZON HEALTH INC., (NURSE SIMMONS) THAT WAS THE DIRECT CAUSE OF MY HEART FLATLINING 3 (THREE) TIMES AND HAVING ME HOSPITALIZED FOR 17 (SEVENTEEN) DAYS AT MEMORIAL MEDICAL CENTER IN SAVANNAH, GA. 31404. THIS MEDICATION WAS ADMINISTERED TO ME IN A DILUTE FORM WHEREBY I COULDN'T DETECT WHAT IT WAS OR IF IT WERE MINE. THIS MEDICATION WAS GIVEN TO ME BY AN EMPLOYEE OF CORIZON HEALTH INC. AND I HOLD THE EMPLOYER AND EMPLOYEE RESPONSIBLE FOR NEARLY TAKING MY LIFE AWAY FROM ME! THE HOSPITAL RECORDS OF WHICH I HAVE SEVERAL COPIES OF STATES THIS FACT!

5

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

THIS CLAIM OF LIABILITY AGAINST CORIZON HEALTH INC IS VALID AND I SEEK THE MAXIMUM AMOUNT OF MONETARY CLAIM ALLOW IN SUCH CASES WHERE HUMAN LIFE IS NEARLY LOST BECAUSE WHAT AN EMPLOYER DOES WRONG! I WISH TO BE AWARDED THE SUM OF 3 MILLION DOLLARS FOR LIABILITY, PAIN + SUFFER AND WHATEVER OTHER APPLICTICABLE MATTERS THAT MAY CONCERN THIS INCIDENT!

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __11__ day of __MAY__, 19 __2015__

Prisoner No. *529289

_Mr. Michael A. Bigby_
(Signature of Plaintiff)

TO) Scott L. Poff
Clerk, U.S. District Court
P.O. Box 8286
Savannah, GA. 31412

FROM) Mr. Micheal A. Bright #529280
GDCP P.O. Box 3877
Jackson GA. 30233

Mr. Poff

Please find enclosed the completed copy of Forma Pauperis Application, the completed copy of the U.S. 1983 Civil Claims & Complaint Form, the Notice of Need for an Appointed Attorney, and 3 (three) copies of the form letters I use to contact several attorneys with. As state in my request my resources and legal contact is very limited and I personally have been very ill in health attempting to do this on my own. I'm scheduled for some surgery on my right eye in June and I wanted this out before I have this done. Please handle my requests and I'm praying that you and the courts grant my request. I earnestly await your response. Please send me a copy of everything stamped and validated.

Respectfully

Mr. Micheal A. Bright
Micheal A. Bright #529280
P.O. Box 3877, Jackson GA 302

ATTACHMENT "A"

LIST OF ATTORNEYS ATTEMPTED TO CONTACT

1) ATTY. JEFFREY FLYNN, P.C.
1447 PEACHTREE ST, N.E. SUITE 414
ATLANTA GA. 30309, (404) 881-1700
SENT LETTER ON 3-16-15

2) MICHAEL E. CARROLL & ASSOC.
2250 SATELLITE BLVD, SUITE 205
DULUTH, GA 30097

3) GOLDSTEIN & HAYES, P.C.
13060 PEACHTREE Rd, N.W. SUITE 1000, ATLANTA GA. 30305

4) PELYPENKO LAW FIRM P.C., 2160 GALLERIA PKWY, S.E. ATLANTA GA. 30339

5) KIRSCHNER & VENKER, 3727 PACES FERRY Rd S.E. ATLANTA, GA. 30339

6) HILEY & FRIEDER, P.C. 4337 PEACHTREE Rd, N.E. STE 780, ATLANTA, GA. 30326

7) MARTAZIN & JONES, PLLC, 5353 PEACHTREE Rd, N.E. STE 510, ATLANTA GA. 30326

8) MICHAEL HOSTELO, 114 CANAL ST, SUITE 201, POOLER, GA. 31322
(ALL THE ABOVE 2-8 SENT LETTERS TO THEM ON 4-2-15)

9) JOHN IWU, ATTY, CONTINENTAL LEGAL GROUP P.C., 845 BELL Rd, SUITE 130
ANTIOCH, TN. 37013
SENT LETTER ON 4-20-15

# ATTACHMEN "A" CONT.

10) THE TOLSON FIRM, LLC, 2890 PIEDMONT Rd. NE. ATLANTA GA. 3030
(404) 846-8800

11) HORNSBY LAW GROUP, 1180 W. PEACHTREE ST. N.W. #2220
ATLANTA GA 30309, (404) 577-1505

12) MORGAN + MORGAN, 191 PEACHTREE ST. N.E., SUITE 4200, ATLANTA GA. 30303
1-888-420-1444

(WROTE TO THESE THREE (3) ON 3-21-15

(copy of letter sent)

From: Mr. Micheal A. Bright, 529289, J7/2
P.O. Box 3877
Jackson, Ga. 30233

SUB. REPRESENTATION ON LIABILITY CLAIM

To Whom It May Concern

My Name and Address is Listed Above and I was Refered To You By Winfred Matthews. I'm a Detainee at Jackson State Prison in Atlanta Ga. with a max. release date of Jan. 2016. I'm writing to you because I need representation on a liability claim or mal-practice suit against a nursing firm named "CORIZON HEALTH, INC."; wherein I was given medication by one of this firms' employee nurses that was the "direct" cause of my heart flatlining three (3) times. I was successfully revived on all three occasions, but it resulted in my staying hospitalized for nineteen (19) days at Memorial Medical Hospital in Savannah, Ga. 31404. I now suffer from an irregular or A-Fibulation of the heart. I'm a very healthy 56 yr old man who has never had any problems with my heart until after this incident. I've been advised by two (2) different attornies who's firm do not handle the kind of law suite I'm seeking that I do have a claim and both have warned me of the 2 yr limitation to file. Mr. Matthews explained to me that if I can get your representation that you

2

could write a "demand letter" for a dollar settlement thereby putting them on notice that I intend to sue. Here is a description of what happen and when it happened. On May 2, 2013 I was at Chatham County Jail on some misdemeanor charge. I'm on high blood pressure medication and my pressure was jumping up and down. I later found out that a nurse by the name of Simmon who's still employed by Curizon working out of the jail had given five (5) different blood pressure medications dilute in water. That was the direct cause of what happened to me. This combination of medication shorted out the electrical impulse in my body thus the heart stoppage! The two attorney whom I've written whom both say I have a claim are: (1) Michael Hostilo, 114 Canal St, Suite 201, Pooler GA. 31322, (912) 988-7852 (Ass. Drcy Hanes), and The Hornsby Law Group, 1180 W. Peachtree St. N.W. #2220, Atlanta, Ga. (404) 577-1505. They've also warned me of the 2yr limitation period. Mr. Matthew has advised me that by putting Curizon on notice will help me get this started. I don't know how much you'll charge for doing this but I'm asking for you help in doing so. If you can't do it please give me the instruction on how to do it myself whether or not this should be a state or federal claim. If you can't take this case can you please refer me to someone who can. May 2, 2015 isn't far off and I've been trying for quite a while to get this started. Thank you for your time and consideration! God Bless!!

Respectfully
Mr. Michael A. Bright

Mr. Micheal A. Bright

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I HAVE THIS DAY MAILED A COPY OF THE APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES, THE COMPLETED FORM OF U.S.C. 1983, AND THE PETITION FOR THE NEED OF AN APPOINTED ATTORNEY IN THIS FOREGOING MATTER, BY DEPOSITING A COPY OF THIS MATTER ON THE ____ DAY OF MAY, 2015 IN THE BUTTS COUNTY MAIL SYSTEM IN THE PROPERLY ADDRESSED ENVELOP WITH ADEQUATE POSTAGE AFFIXED AND ADDRESSED TO:

SCOTT L. POFF, CLERK
CLERK, U.S. DISTRICT COURT
P.O. BOX 8286
SAVANNAH, GA. 31412

THIS 11 DAY OF MAY, 2015

Micheal A. Bright
MICHEAL A. BRIGHT #529289
GDCP P.O. BOX 3877
JACKSON, GA. 30233

[Notary seal: SHANAY SHEPHERD, NOTARY PUBLIC, DEKALB CO., GEORGIA, MY COMMISSION EXPIRES OCT 16 2017]