# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

MICHEAL A. BRIGHT,           )
                             )
    Plaintiff,           )
                             )
v.                           )  Case No. CV415-145
                             )
CORIZON HEALTH               )
CORPORATION, et al.          )
                             )
    Defendants.          )

## REPORT AND RECOMMENDATION

This Court gave inmate-plaintiff Micheal (or Michael) A. Bright until January 9, 2016 "to show cause why this case should not be dismissed for lying to this Court." Doc. 9 at 4. That Order has been returned as "undeliverable." Doc. 10. Per Local Rule 11.1, it was Bright's continuing duty to keep the Court apprised of his current address. Without it, the Court cannot move this case forward or even communicate with plaintiff.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to

prosecute this action. L.R. 41(b); *see Link v. Wabash RR. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 6th day of January, 2016.

*/s/ M. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA