IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL A. BRIGHT,            )
                              )
    Plaintiff,                )
                              )
v.                            )   CASE NO. CV415-145
                              )
CORIZON HEALTH CORPORATION;   )
WOODROW A. MYERS; SCOTT BOWER,)
President and Chief Operations)
Officer; CALVIN B. JOHNSON,   )
Chief Medical Officer; JEFF   )
SHOLEY, Interim Chief Financial)
Officer; J. SCOTT KING, Chief )
Legal Officer; DENNIS WADE,   )
Chief Human Resources Officer;)
JONATHAN WALKER, Chief        )
Development Officer; SIMMONS, )
Nurse;                        )
                              )
    Defendants.               )
                              )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of February 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA